**Ginnese A. BAUMEISTER, Appellant,**

**v.**

**RIVERVIEW AT the PARK, INC., Respondent.**

**No. ED 100579**

Missouri Court of Appeals
Eastern District
SOUTHERN DIVISION

FILED: November 25, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied
January 13, 2015

Matthew J. Devoti, Casey & Devoti, 124 Gay Avenue, Clayton, MO 63105, for Appellant.

Ted Robert Osburn, Michael Edward Gardner, Co–Counsel, Osburn, Hine, Yates & Murphy, LLC, 3071 Lexington Avenue, Cape Girardeau, MO 63701, for Respondent.

Before Mary K. Hoff, P.J., Gary M. Gaertner, Jr., J., and Philip M. Hess, J.

### ORDER

**PER CURIAM**

Ginnese A. Baumeister (Baumeister) appeals from the trial court's order setting aside a default judgment entered in favor of Baumeister and against Riverview at the Park, Inc. on Baumeister's claim for wrongful termination of employment and failure to issue a service letter. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).